# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00576-CR

**Thomas Spruill, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT
### NO. D-1-DC-10-207164, THE HONORABLE MICHAEL LYNCH, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Thomas Spruill seeks to appeal from a judgment of conviction for forgery. *See* Tex. Penal Code Ann. § 32.21 (West 2011). The trial court has certified that: (1) this is a plea bargain case and Spruill has no right of appeal, and (2) Spruill waived the right of appeal. Accordingly, the appeal is dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Pemberton, and Henson

Dismissed for Want of Jurisdiction

Filed:   October 28, 2011

Do Not Publish